UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
AT LEXINGTON

TONY ALEXANDER, *also known as*          )
Keith Young *also known as* Keith Ray Young,   )
     Plaintiff          )          CIVIL ACTION NO. 5:12-80
               )
v.          )
               )          **ORDER**
KENTUCKY DEPARTMENT OF          )
CORRECTIONS,          )
     Defendants          )

     This matter is before the Court on the Motion for Leave to Proceed In Forma

Pauperis (DE 10) filed by the Petitioner.  The Magistrate Judge has filed a Recommended

Disposition in which he recommends that the Court deny the motion.  The Court

ADOPTS the Recommended Disposition as the Opinion of the Court.  The Court notes,

however, that the Petitioner has already paid the $5 filing fee (DE 12) and, thus, the

Court need not direct him to do so as recommended by the Magistrate Judge.

     Dated this 13th day of June, 2012.



**Signed By:**

***Karen K. Caldwell***

**United States District Judge**