UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
AT LEXINGTON

| | |
|---|---|
| TONY ALEXANDER, *also known as* Keith Young *also known as* Keith Ray Young,<br>　　Plaintiff<br><br>v.<br><br>KENTUCKY DEPARTMENT OF CORRECTIONS,<br>　　Defendants | CIVIL ACTION NO. 5:12-80<br><br><br>**ORDER** |

This matter is before the Court on the Motion for Leave to Proceed In Forma Pauperis (DE 10) filed by the Petitioner. The Magistrate Judge has filed a Recommended Disposition in which he recommends that the Court deny the motion. The Court ADOPTS the Recommended Disposition as the Opinion of the Court. The Court notes, however, that the Petitioner has already paid the $5 filing fee (DE 12) and, thus, the Court need not direct him to do so as recommended by the Magistrate Judge.

Dated this 13th day of June, 2012.



Signed By:
*Karen K. Caldwell* KKC
United States District Judge